Case 3:21-cv-00069-TCB-RGV   Document 3   Filed 05/05/21   Page 1 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| JODY E. TAPLEY, <br><br> *Plaintiff(s)* <br> v. <br> OSMOSE UTILITIES SERVICES, INC., and BRIAN SCOTCH <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 3:21-cv-0069 |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Osmose Utilities Services, Inc.
c/o Corporation Service Company (Registered Agent)
2 Sun Court, Suite 400
Peachtree Corners, Georgia 30092

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Regina S. Molden, Esq.
Molden & Associates
Peachtree Center - Harris Tower, Suite 1245
233 Peachtree Street, NE
Atlanta, Georgia 30303

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



JAMES N. HATTEN
*CLERK OF COURT*

Date:   05/05/2021

s/ D. Barfield
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:21-cv-0069

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Osmose Utilities Services, Inc.__
was received by me on *(date)* __05/04/2021__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Barry Smith at Corporation Service Company__, who is designated by law to accept service of process on behalf of *(name of organization)* __Osmose Utilities Services, Inc.__
on *(date)* __05/05/2021__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __05/06/2021__

_____
*Server's Signature*

__MARC ALLARD - PROCESS SERVER__
*Printed name and title*

3301 Buckeye Road, Suite 303
Atlanta GA 30341
*Server's address*

Additional information regarding attempted service, etc:



