## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## NEWNAN DIVISION

| | |
|---|---|
| JODY E. TAPLEY,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>OSMOSE UTILITIES SERVICES, et al.,<br><br>　　　　　　　Defendants. | CIVIL ACTION FILE<br><br>NO.3:21-cv-00069-TCB-RGV |

## J U D G M E N T

This action having come before the court, Honorable Timothy C. Batten, Sr., Chief United States District Judge, for consideration the Magistrate Judge's Report and Recommendation as to Defendants' Motion for Summary Judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that the Plaintiff take nothing; that the defendants recover their costs of this action and the action be, and the same hereby, is **dismissed.**

Dated at Newnan, Georgia, this 17th day of August, 2022.

　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　By:　s/Shane Gazaway
　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
　August 17, 2022
Kevin P. Weimer
Clerk of Court

By:　s/Shane Gazaway
　　　　Deputy Clerk